UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

George V. Wylesol                                                                                                         Clerk's Office
Clerk of Court                                                                                                            215-597-7704

April 26, 2023

RE:     Arbitration Trials: Videoconference Consent Procedures

Dear Counsel/Parties:

     The Clerk's Office offers parties the option to proceed with arbitration trials by videoconference, as an alternative to the arbitration trial taking place in the courthouse. More information is available at www.paed.uscourts.gov/services/arbitration, including copies of the court's Standing Order authorizing arbitration trials by videoconference, the Standing Procedural Order setting forth the requirements that parties and arbitrators must follow, additional guidance for participating in videoconferences using Microsoft Teams, forms for parties and arbitrators, and contact information to use for questions that cannot be answered by reviewing those materials.

     All parties in the case must consent to proceeding by videoconference using the Consent/Declination of Consent Form attached to this letter before an arbitration trial date will be scheduled as a videoconference. If any party declines to proceed by videoconference, or a completed consent form is not received for all parties to the case, the arbitration trial will be scheduled to take place in the courthouse.

     The form must be electronically filed on CM/ECF and must be completed even if a party is declining to proceed by videoconference. *Pro se* parties who do not have access to CM/ECF should visit the Court's website for filing instructions at Electronic Document Submission (EDS) | Eastern District of Pennsylvania | United States District Court (uscourts.gov) , or they may mail or hand deliver the form to the Clerk's Office. Completed forms must be submitted within ten (10) days of the date of this letter. Thereafter, the parties may not proceed by video except upon applications to the assigned judge.

     To file the form on CM/ECF, use the ADR Documents category and choose the appropriate event. To file a form consenting to proceed by videoconference choose the event "Notice Re: Arbitration Consent of Videoconference." To file a form declining to proceed by videoconference, choose the event "Notice Re: Arbitration Declination of Videoconference."

                                                                                        Sincerely,

                                                                                       GEORGE V. WYLESOL
                                                                                       Clerk of Court

                                              By:     */s/ Sharon A. Hall-Moore*
                                                                              Arbitration Clerk

Rev. 2/2023