IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE OLIVER,<br>            Plaintiff,<br><br>v.<br><br>JOHN DOE POLICE OFFICER #1, and<br>POLICE OFFICER THOMAS CAIN,<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO.  23-262 |

# O R D E R

**AND NOW**, this 23rd day of October, 2023, upon consideration of the Notice of Acceptance of Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 (ECF 15), the Court noting that the Offer of Judgment was made on October 17, 2023, and accepted by defendant, Officer Thomas Cain, on October 20, 2023, and that no trial being having been scheduled, **IT IS ORDERED** that **JUDGMENT** be and the same is hereby **ENTERED IN FAVOR** of plaintiff, and **AGAINST** defendant, Officer Thomas Cain, in the amount of five thousand dollars ($5,000.00).

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.